NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA03-1477

STATE OF LOUISIANA

VERSUS

RICHARD DAVID MILLS, II

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT,
PARISH OF VERNON, NO. 62,923 & 62,924,
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

AFFIRMED.

William E. Tilley
District Attorney
Terry W. Lambright
Assistant District Attorney
Post Office Box 1188
Leesville, LA 71446
(337) 239-2008
Attorney for Plaintiff/Appellee:
     State of Louisiana

Sherry Watters
Louisiana Appellate Project
Post Office Box 58769
New Orleans, LA 70158-8769

**(504) 723-0284**
**Attorney for Defendant/Appellant:**
  **Richard David Mills, II**